AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:16MJ121 |
| Wilson Alfonso Overton | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 16, 2016__ in the county of __Arlington__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC §§ 111(a)(1) and (b) | The defendant did forcibly assault, resist, oppose, impede, intimidate, or interfere with an officer or employee of the United States Government while engaged in or on account of the performance of official duties. Such acts involved physical contact with the victim and were done with the intent to commit another felony. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Rosanne C. Haney/Sean Welsh

*Complainant's signature*
Gregory Harper, Officer,
United States Park Police
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __March 16, 2016__

City and state: __Alexandria, VA__

/s/
John F. Anderson
United States Magistrate Judge
*Judge's signature* JOHN F. ANDERSON

Hon. ~~Theresa Carroll Buchanan~~
U.S. Magistrate Judge
*Printed name and title*