IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:16MJ121 |
| ) | |
| WILSON ALFONSO OVERTON ) | |
| ) | |
| Defendant. ) | |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Gregory Harper, hereby state under oath that I am an Officer with the United States Park Police, and have been so employed for approximately 10 years. I am assigned to enforce various Federal, State, and local laws and regulations. The facts contained within this affidavit are intended to state probable cause that the defendant, WILSON ALFONSO OVERTON, did assault a federal law enforcement officer, in violation of 18 U.S.C. § 111(a)(1) and (b), such acts involving physical contact with the victim and done with the intent to commit another felony.

On March 16, 2016 at approximately 1:07 am, United States Park Police Sergeant Johnathan Daniels was conducting a traffic stop on the southbound George Washington Memorial Parkway in the area of the first overlook, which is located within the Eastern District of Virginia. Sergeant Daniels measured a vehicle travelling at approximately 70 miles per hour in a 50 mile per hour zone, activated emergency lights, and pulled over the vehicle. Sergeant Daniels, in uniform and displaying his badge of authority, identified himself as a law enforcement officer and asked the driver for his identification. Sergeant Daniels identified the driver as WILSON ALFONSO OVERTON by his Maryland driver's license. I responded, in uniform and driving a law enforcement cruiser with emergency lights activated, to provide

assistance in conducting the traffic stop. Sergeant Daniels informed me that he smelled marijuana coming from the vehicle and believed the driver was impaired. Sergeant Daniels and I approached the driver's side of the vehicle. Sergeant Daniels stood next to the driver's side window while I stood next to him in front of the A-pillar of the vehicle.

The driver's side window was rolled down and Sergeant Daniels asked the driver to exit the vehicle several times. The driver refused, saying "no," and suddenly rolled up his window. I attempted to pull my taser from my holster when the driver put the vehicle in gear and accelerated, striking me with the side view mirror of his vehicle. The mirror hit my taser and holster which were situated on my left hip. The driver sped away, at which time Sergeant Daniels and I returned to our respective cruisers. We pursued the suspect southbound on the George Washington Memorial Parkway at a speed between 85 and 115 miles per hour, based on a radar reading, in moderate to light traffic.

The driver reached the I-395 South ramp, lost control of his vehicle, and crashed into the guardrail. The driver climbed out of the driver's side window and ran up the ramp towards the I-395 South highway. I exited my vehicle and pursued the suspect on foot across I-395 into a heavily wooded area. I lost sight of the suspect and additional law enforcement resources were called in to assist. The suspect then stole my law enforcement cruiser and fled into the District of Columbia while operating the vehicle's emergency equipment. The suspect crashed the cruiser at the ramp to the 11th Street bridge in the District of Columbia. The suspect then fled from the law enforcement cruiser on foot.

Based upon the foregoing, I believe probable cause exists to charge WILSON ALFONSO OVERTON with unlawfully forcibly assaulting, opposing, resisting, impeding, intimidating or interfering with an officer, engaged in or on account of the performance of official duties, in

violation of Title 18, United States Code, Sections 111(a)(1) and (b), such acts involving physical contact with the victim and done with the intent to commit another felony.

Gregory Harper
Officer
United States Park Police

Sworn to and Subscribed before me
this 16th day of March, 2016.

_____/s/_____
John F. Anderson
United States Magistrate Judge
Hon. Johnathan F. Anderson
United States Magistrate Judge

Alexandria, Virginia